# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO. 3:09CR40-MR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HERWETT CONWAY, | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with Chamber's staff for the District Court Judge to whom this case is assigned (Honorable Martin Reidinger), the Order (document #63) entered June 1, 2009 is therefore stricken.

**SO ORDERED.**

Signed: June 1, 2009

David S. Cayer
United States Magistrate Judge